UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                                 +
                                      +         Case No. 20-32009
MYRIO ANTJUNA HILL (D1)    AND        +
SHARON DENISE BROOKS  (D2)            +
          Debtors                     +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Kensington Apartments, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Michael Brock | Sabrina L. McKinney, Trustee |
| P.O. Box 311167 | P.O. Box 173 |
| Enterprise, Al 36331 | Montgomery, AL 36101 |

/s/   Larry Darby
Larry E. Darby