IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MYRIO ANTJUNA HILL, | * | CASE NO. 20-32009-WRS |
| SHARON DENISE BROOKS, | * | |
| | * | |
| Debtors. | * | CHAPTER 13 |

### DEBTORS' MOTION FOR VOLUNTARY DISMISSAL

COMES NOW the Debtors, Myrio Antjuna Hill and Sharon Denise Brooks, by and through the undersigned, and shows unto the Court as follows:

1. The Debtors originally filed for relief under Chapter 13 of the Bankruptcy Code on September 22, 2020.

2. The Debtors' circumstances have changed since they filed, and the Debtors desire to voluntarily dismiss from the Chapter 13.

WHEREFORE, the Debtors, Myrio Antjuna Hill and Sharon Denise Brooks, request an Order dismissing them from the above bankruptcy case without prejudice.

RESPECTFULLY SUBMITTED this 17th day of March, 2021.

_/s/ Myrio Hill_
Myrio Antjuna Hill

_/s/ Sharon Brooks_
Sharon Denise Brooks

BROCK & STOUT

/s/ Hugh Smith
Hugh Smith {SMI385}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
bankruptcy@brockandstoutlaw.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing to the Bankruptcy Administrator, Sabrina L. McKinney, Chapter 13 Trustee, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this **17th** day of **March** 2021.

/s/ Hugh Smith
Hugh Smith {SMI385}
Attorney for Debtors

1