# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                   Case No. 20−32009
                                                                        Chapter 13
Myrio Antjuna Hill and Sharon Denise Brooks ,

    Debtors.

## ORDER DISMISSING BANKRUPTCY CASE

    Since the debtor filed a motion to dismiss this chapter 13 bankruptcy case, and the case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208, it is

    **ORDERED** that this bankruptcy case is **DISMISSED.** It is

    **FURTHER ORDERED** that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

    All pending motions and objections are terminated with this order. If this case is reinstated, any motions so terminated may be refiled without an additional filing fee.

Dated March 18, 2021

                                                          William R. Sawyer
                                                          United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

United States Bankruptcy Court

Middle District of Alabama

In re:     Case No. 20-32009-WRS
Myrio Antjuna Hill     Chapter 13
Sharon Denise Brooks
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 2
Date Rcvd: Mar 18, 2021     Form ID: odsm13     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Myrio Antjuna Hill, Sharon Denise Brooks, 4600 Narrow Lane Road Apt. A, Montgomery, AL 36116-2979 |
| 4479508 | + | ADS/Comenity/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 4479510 | + | Chip Ellis Motors, 2235 E. South Blvd, Montgomery, AL 36116-2404 |
| 4479511 | + | Courtyards At Garden Glen Apartments, PO Box 2189, Montgomery, AL 36102-2189 |
| 4479513 | + | Daughter, 4600 Narrow Lane Road Apt. A, Montgomery, AL 36116-2979 |
| 4479514 | + | First Heritage Credit, 605 Crescent Blvd STE 101, Ridgeland, MS 39157-8659 |
| 4479516 | + | LVNV Funding, LLC, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 4479519 | + | Premier Bankcard / First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 4479520 | + | Red Lion Apartments, 4726 Narrow Lane Road, Montgomery, AL 36116-2960 |
| 4479521 | + | Sequium Asset Solutions, LLC, 1130 Northchase Pkwy Ste 150, Marietta, GA 30067-6429 |
| 4479522 | + | South Central Alabama Housing Authority, 276 Smith Street, Hayneville, AL 36040-5026 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4533656 | + | Email/Text: michael@car-llc.com | Mar 18 2021 20:33:00 | CAPITAL ASSET RECOVERY, P.O. BOX 192585, DALLAS, TX 75219-8523 |
| 4479509 | + | Email/Text: bo@capella.edu | Mar 18 2021 20:33:00 | Capella University, 225 South 6th Street, Minneapolis, MN 55402-4601 |
| 4484485 | | EDI: JEFFERSONCAP.COM | Mar 19 2021 00:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4479515 | + | EDI: CAPIO.COM | Mar 19 2021 00:13:00 | Law Offices of Mitchell Bluhm, 3400 Texoma Parkway SUit 100, Sherman, TX 75090-1916 |
| 4479517 | + | Email/Text: opportunitynotices@gmail.com | Mar 18 2021 20:33:00 | Opp Loans, 130 E Randolph St Ste 3400, Chicago, IL 60601-6379 |
| 4479518 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 21:29:02 | Pinnacle Credit Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4479512 | | Email/Text: smbk@smcredit.com | Mar 18 2021 20:32:00 | Covington Credit/SMC, 1100 Rucker Blvd, Ste. 2-A, Enterprise, AL 36330 |
| 4479523 | + | Email/Text: bncnotice@almb.uscourts.gov | Mar 18 2021 20:33:00 | US Bankruptcy Court, One Church Street, Montgomery, AL 36104-4018 |
| 4479524 | + | EDI: WABK.COM | Mar 19 2021 00:13:00 | World Finance, P.O. Box 6429, Greenville, SC 29606-6429 |
| 4481727 | + | EDI: WABK.COM | Mar 19 2021 00:13:00 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Kensington Apartments aka Red Lion LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Michael Brock | on behalf of Joint Debtor Sharon Denise Brooks bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Michael Brock | on behalf of Debtor Myrio Antjuna Hill bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5